

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Texas Department of Public Safety, Appellant<br><br>No. 06-21-00086-CV    v.<br><br>Richard Diaz, Appellee | Appeal from the County Criminal Court at Law No. 13 of Harris County, Texas (Tr. Ct. No. 2340700Y).  Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment. |

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.   Therefore, we reverse the trial court's judgment and render judgment reinstating the ALJ's order.

We further order that the appellee, Richard Diaz, pay all costs incurred by reason of this appeal.

RENDERED MAY 16, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk